JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAME ON YOU PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ELIZABETH BANKS, an individual; MAX HANDELMAN, an individual; STEVEN BRILL, an individual; BRILLCO, INC., a California corporation; FOCUS WORLD, A DIVISION OF FOCUS FEATURES, LLC, a California corporation; SIDNEY KIMMEL ENTERTAINMENT, LLC, a California limited liability company; FILMDISTRICT PICTURES, LLC, a Delaware limited liability company; LAKESHORE ENTERTAINMENT CORP., a Delaware corporation; LAKESHORE ENTERTAINMENT GROUP LLC, a California limited liability company; BROKEN ROAD PRODUCTIONS, INC., a California corporation, as Doe 1; TODD GARNER, an individual, as Doe 2; and Does 3 – 10, inclusive, <br><br> Defendants. | CASE NO. CV 14-03512 MMM (AGRx) <br><br><br> JUDGMENT FOR DEFENDANTS |

On August 14, 2015, the court entered an order granting defendants Todd Garner's and Broken Road Productions, Inc.'s motion to dismiss plaintiff's federal copyright infringement claim with prejudice, and declining to exercise supplemental jurisdiction over plaintiff's state law implied-

in-fact contract claim. The court also granted the remaining defendants' motion for judgment on the pleadings as to the federal copyright infringement claim with prejudice.

Accordingly,

IT IS ORDERED AND ADJUDGED

1. That plaintiff's federal copyright infringement claim be dismissed against all defendants with prejudice;

3. That plaintiff's implied-in-fact contract claim be dismissed without prejudice; and

4. That the action be, and it is hereby, dismissed.

DATED: August 14, 2015

*Margaret M. Morrow*
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE

2