Charles M. Coate – SBN: 140404
Theresa E. Johnson – SBN: 254123
E-Mail:  ccoate@abramscoate.com
E-Mail:  tjohnson@abramscoate.com
Abrams Coate LLP
12400 Wilshire Boulevard, Suite 1060
Los Angeles, California 90025
Telephone    :  (310) 576-6161
Facsimile     :  (310) 576-6160
Attorneys for Plaintiff/Appellant Shame On You Productions, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA- Western Division

SHAME ON YOU PRODUCTIONS, INC.,

                   Plaintiff,

v.

ELIZABETH BANKS, an individual; MAX HANDELMAN, an individual; STEVEN BRILL, an individual; BRILLCO, INC., a California corporation; FOCUS WORLD, A DIVISION OF FOCUS FEATURES, LLC, a California corporation; SIDNEY KIMMEL ENTERTAINMENT, LLC, a California limited liability company; FILMDISTRICT PICTURES, LLC, a Delaware limited liability company; LAKESHORE ENTERTAINMENT CORP., a Delaware corporation; LAKESHORE ENTERTAINMENT GROUP LLC, a California limited liability company; TODD GARNER, an individual, as Doe 1; BROKEN ROAD PRODUCTIONS, INC., a California corporation, as Doe 2; and Does 3 – 10, inclusive,

                   Defendants.

Case No.:  2:14-cv-03512 MMM (JCx)

*[Assigned to Hon. Margaret M. Morrow]*

## NOTICE OF APPEAL

**[Including Representation Statement Per Circuit Rule 3-2 and FRAP 12 (b)]**

1 **TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:**

2     **PLEASE TAKE NOTICE** that Plaintiff Shame On You Productions, Inc.

3 (the "Appellant") hereby appeals to the United States Court of Appeals for the

4 Ninth Circuit from: (1) the December 7, 2015 Order granting in part and denying

5 in part a motion for attorneys' fees (that were sought as costs under 17 U.S.C.

6 §505) (Docket #200), and (2) the December 8, 2015 Order awarding taxed costs

7 (other than attorneys' fees) in the amount of $3,064.65.

8     True and correct copies of the December 7, 2015 Order re: motion for

9 attorneys' fees and the December 8, 2015 Order re: costs are attached hereto as

10 Exhibit "A" and "B," respectively by this reference, and are incorporated herein as

11 though fully set forth at length.

12     **PLEASE TAKE FURTHER NOTICE** that pursuant to Circuit Rule 3-2

13 and FRAP 12(b), concurrently herewith a Representation Statement is being filed

14 separately, but for the Court's convenience this document is also being attached as

15 Exhibit "C" to this Notice of Appeal.

16

17

18 Dated: January 5, 2016           ABRAMS COATE LLP

19

20                 By:    /s/ Charles M. Coate

21                     Charles M. Coate

                Attorneys for Plaintiff/Appellant Shame On

22                 You Productions, Inc.

23

24

25

26

27

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is:  12400 Wilshire Boulevard, Suite 1060, Los Angeles, California 90025.

On January 5, 2016, I served the foregoing documents described as**: NOTICE OF APPEAL** on all interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

BARNES & THORNBURG LLP
Stephen R. Mick, Bar No. 131569
Email: stephen.mick@btlaw.com
Devin J. Stone, Bar No. 260326
Email: devin.stone@btlaw.com
2029 Century Park East, Suite 300
Los Angeles, California  90067

 X   (BY CM/ECF NOTIFICATION EMAIL)        I caused the foregoing document to be served on all parties by email through the CM/ECF notification system via electronic filing through the U.S. District Court, Central District website.

____  (BY FACSIMILE) I transmitted the foregoing document(s) from facsimile machine telephone number (310) 576-6160.  The transmission was reported as complete and without error, and a record of the transmission was properly issued by the transmitting facsimile machine.

 X    (FEDERAL)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.  Executed on January 5, 2016, in Los Angeles, California.


  CHARLES M. COATE_____              _____/s/ Charles M. Coate_____
      (Type or Print Name)                              Signature